PHILLIP A. TALBERT
United States Attorney
BENJAMIN E. HALL
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILEANA S. ARVIZU, an individual; and I.SA. CONTRACTING SERVICES, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>EDWARD C. HUGLER Acting Secretary of Labor, United States Department of Labor; and RUBEN ROSALEZ, an individual,<br><br>Defendants. | Case No. 1:17-cv-00219-LJO-EPG<br><br>**STIPULATION AND ORDER REGARDING FILING OF AMENDED COMPLAINT AND RESPONSE** |

The parties to this action, having conferred regarding events that have transpired since the time of filing of Plaintiffs' Complaint for Writ of Mandamus, Injunctive Relief and Equal Access to Justice Act under 5 U.S.C. § 504 and 28 U.S.C. § 2412 ("Complaint," ECF No. 1), stipulate and agree, and request that the Court order, as follows:

1. Plaintiffs will file an amended Complaint no later than May 15, 2017.

2. Defendants will file a response to the amended Complaint no later than June 15, 2017.

///

STIPULATION AND PROPOSED ORDER REGARDING FILING OF AMENDED COMPLAINT AND RESPONSE        1

| | | |
|---|---|---|
| | | Respectfully submitted, |
| Dated: May 1, 2017 | | PHILLIP A. TALBERT<br>United States Attorney |
| | | /s/ Benjamin E. Hall<br>BENJAMIN E. HALL<br>Assistant U.S. Attorney<br>Attorney for Defendants |
| Dated: May 1, 2017 | | RAIMONDO & ASSOCIATES,<br>A Law Corporation<br><br>[Authorized May 1, 2017]<br><br>/s/ Anthony Raimondo<br>ANTHONY RAIMONDO<br>Attorneys for Plaintiffs |

## **ORDER**

1. Plaintiffs will file an amended Complaint no later than May 15, 2017.

2. Defendants will file a response to the amended Complaint no later than June 15, 2017.

3. The Initial Scheduling Conference currently set for hearing on May 31, 2017, will now be held on July 24, 2017, at 9:30 AM, with a joint scheduling report due one full week prior to the conference. The parties may appear telephonically, with each party wishing to do so directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453.

IT IS SO ORDERED.

Dated: **May 2, 2017**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE