1  PHILLIP A. TALBERT
   United States Attorney
2  BENJAMIN E. HALL
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILEANA S. ARVIZU, an individual; and I.SA. CONTRACTING SERVICES, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>EDWARD C. HUGLER Acting Secretary of Labor, United States Department of Labor; SUSAN SELETSKY, an individual; and RUBEN ROSALEZ, an individual,<br><br>Defendants. | Case No. 1:17-cv-00219-LJO-EPG<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR RESPONSE TO AMENDED COMPLAINT** |

Pursuant to the parties' prior stipulation, on May 2, 2017, the Court ordered that plaintiffs file their amended Complaint no later than May 15, 2017, and that defendants file a response to the amended Complaint no later than June 15, 2017. *See* Order at ECF No. 19, p. 2. Plaintiffs filed their amended Complaint (ECF No. 20) on May 15, 2017. The amended Complaint asserts an individual-capacity claim for damages against a new defendant, Susan Seletsky. In order to allow time for the Department of Justice ("DOJ") in Washington, D.C., to process Ms. Seletsky's request for DOJ representation in this matter, the parties request that the Court extend by fourteen (14) days the time for defendants' response to the amended Complaint, to June 29, 2017.

|   |   |   |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | Dated: June 14, 2017 | PHILLIP A. TALBERT<br>United States Attorney |
| 3 | | |
| 4 | | /s/ Benjamin E. Hall<br>BENJAMIN E. HALL<br>Assistant U.S. Attorney |
| 5 | | Attorney for Defendants |
| 6 | Dated: June 14, 2017 | RAIMONDO & ASSOCIATES,<br>A Law Corporation |
| 7 | | |
| 8 | | [Authorized June 14, 2017] |
| 9 | | /s/ Anthony Raimondo<br>ANTHONY RAIMONDO<br>Attorneys for Plaintiffs |

**ORDER**

For the reasons provided in the parties' stipulation, the Court finds good cause to extend by fourteen (14) days the time for defendants' response to the amended Complaint, to June 29, 2017.

IT IS SO ORDERED.

Dated: **June 19, 2017**

/s/ *Eric P. Groj[illegible]*
UNITED STATES MAGISTRATE JUDGE