# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILEANA S. ARVIZU, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ALEXANDER ACOSTA, *et al.*, <br><br> Defendants. | 1:17-cv-219-LJO-EPG <br><br> **ORDER DIRECTING CLERK OF COURT TO CLOSE CASE** |

Plaintiffs Ileana S. Arvizu and ISA Contracting Services, Inc. ("Plaintiffs") filed this action against Defendants Alexander Acosta, the Secretary of the United States Department of Labor ("DOL"); Ruben Rosalez, the Western Regional Administrator of the DOL; and Susan Seletsky, an attorney employed by the DOL Office of the Solicitor (collectively, "Defendants"). ECF No. 20 (First Amended Complaint or "FAC"). On August 9, 2017, the Court granted with leave to amend Defendants' motion to dismiss the FAC. ECF No. 30. Plaintiffs were ordered to file any amended complaint within twenty (20) days. *Id*. The period for amendment has now expired with no filing from Plaintiffs. The only operative complaint having been dismissed, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

   Dated:   **September 20, 2017**       /s/ Lawrence J. O'Neill
                                                    UNITED STATES CHIEF DISTRICT JUDGE